No. 04–10724. KISSI *v.* PRAMCO II, LLC. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 808] denied.

No. 05–107. DAVIS *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) ET AL. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 05–431. BURKE, BANKING COMMISSIONER, CONNECTICUT DEPARTMENT OF BANKING *v.* WACHOVIA BANK, N. A., ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 05–7464. IN RE ARMSTRONG; and
No. 05–7467. IN RE OLUWA. Petitions for writs of habeas corpus denied.

No. 05–6831. IN RE JONES. Petition for writ of mandamus denied.

No. 05–259. BURLINGTON NORTHERN & SANTA FE RAILWAY CO. *v.* WHITE. C. A. 6th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 05–5966. CLARK *v.* ARIZONA. Ct. App. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–575. NIELSON, EXECUTIVE DIRECTOR, UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY, ET AL. *v.* PRIVATE FUEL STORAGE, L. L. C., ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–7915. THOMPSON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.